# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **MIREYA RODRIGUEZ JUAREZ,** | § | |
| *Petitioner*, | § | |
| v. | § | |
| | § | |
| **JOSE A. RENTERIA**, *Officer in Charge, El Paso Processing Center*, **COREY PRICE**, *Field Office Director, El Paso Field Office, U.S. Immigration and Customs Enforcement*, **TONY H. PHAM**, *Acting Director, U.S. Immigration and Customs Enforcement*, **CHAD WOLF**, *Acting Secretary U.S. Department of Homeland Security*, **and WILLIAM BARR**, *Attorney General of the United States*, | § | **EP-20-CV-00238-DCG** |
| *Respondents*. | § | |

## ORDER REQUIRING RESPONDENTS TO FILE A RESPONSE

Presently before the Court is Petitioner Mireya Rodriguez Juarez's sealed "Motion for an Order to Show Cause Requiring Respondents to Timely Respond" (ECF No. 4). On September 11, 2020, Petitioner filed, pursuant to 28 U.S.C. § 2241, a "Petition for Writ of Habeas Corpus" (ECF No. 2), which is also docketed under seal. Petitioner is detained at the El Paso Processing Center in El Paso, Texas, which is operated by U.S. Immigration and Customs Enforcement, a part of the U.S. Department of Homeland Security (DHS). In her petition, she claims that DHS is unlawfully detaining her and seeks immediate release.

In the motion, Petitioner requests, pursuant to 28 U.S.C. § 2243, that the Court order Respondents to answer within three days and Petitioner to file a reply within three days thereafter; she also requests that a hearing on the petition be scheduled as soon as practicable thereafter.

Having carefully considered the motion (together with the petition), the Court denies the motion insofar as she requests that Respondents answer within three days, but finds that under

the circumstances, a twenty-one day deadline for responding to her petition is reasonable. *See Y.V.S. v. Wolf*, No. EP-20-CV-00228-DCG, 2020 WL 4926545, at *1-*2 (W.D. Tex. Aug. 21, 2020) (Guaderrama, J.). Further, the Court will schedule a hearing, if necessary, after Petitioner files a reply to Respondents' answer/response.

Accordingly, **IT IS ORDERED** that Petitioner's sealed "Motion for an Order to Show Cause Requiring Respondents to Timely Respond" (ECF No. 4) is **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Respondents **SHALL FILE** a response to the petition (ECF No. 2) by no later than **October 7, 2020**.

**IT IS FURTHER ORDERED** that Petitioner may file a reply to Respondents' response, provided that the reply is filed no later than **ten (10) days** after the date of service of Respondents' response.

**IT IS FURTHER ORDERED** that Respondents, their agent, or anyone else acting on their behalf shall notify the Court before taking any action to transfer Petitioner outside of the Western District of Texas.

**IT IS FINALLY ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in El Paso, Texas, with copies of the petition (ECF No. 2), the related exhibits (ECF No. 3), and this Order, and that such delivery shall constitute sufficient service of process.

**So ORDERED and SIGNED this  16th  day of September 2020.**

**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**